**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

MAR 25 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEROMEY G. JONES, | No.    20-35015 |
| Plaintiff-Appellant, | D.C. No. 6:18-cv-00075-DLC |
| v. | |
| MONTANA STATE PRISON; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted March 16, 2021**

Before:    GRABER, R. NELSON, and HUNSAKER, Circuit Judges.

Montana state prisoner Jeromey G. Jones appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action for failure to comply with

court orders.  We have jurisdiction under 28 U.S.C. § 1291.  We affirm.

In his opening brief, Jones fails to address the grounds for dismissal and has

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

therefore waived his challenge to the district court's judgment. *See Indep. Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) ("[W]e will not consider any claims that were not actually argued in appellant's opening brief."); *Acosta-Huerta v. Estelle*, 7 F.3d 139, 144 (9th Cir. 1993) (issues not supported by argument in pro se appellant's opening brief are waived).

Jones's motion to appoint counsel (Docket Entry No. 17) is denied.

**AFFIRMED.**